# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

**ANTHONY J. WILLIAMS,**

    **Plaintiff,**

**v.**                                                           Case No. 1:19-cv-92-AW-GRJ

**A. ALFONSO, et al.,**

    **Defendants.**

_____/

## ORDER OF DISMISSAL

This case is before the Court upon the Magistrate Judge's Report and Recommendation dated August 9, 2019 (ECF No. 7). No objections have been filed.

I have determined that the Report and Recommendation should be adopted. Accordingly, it is now ORDERED as follows:

1. The Magistrate Judge's Report and Recommendation (ECF No. 7) is adopted and incorporated by reference in this Order.

2. The Clerk shall enter a judgment that says: "This case is dismissed for failure to prosecute and failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A."

3. The Clerk shall close the file.

SO ORDERED on October 10, 2019.

                                               s/ *Allen Winsor*
                                               United States District Judge